UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

JUAN PABLO ROJAS,

    Petitioner,

v.

PUEBLO DE PUERTO RICO,

    Respondent.

Civil No. 98-1366 (JAF)

## J U D G M E N T

Pursuant to the terms and conditions of an Opinion and Order subscribed by the court today, judgment is now entered dismissing this 28 U.S.C. § 2254 petition without prejudice.

San Juan, Puerto Rico, this 12th day of November, 1999.

JOSE ANTONIO FUSTE
U.S. District Judge